UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF  FLORIDA
DADE CTY. (MIAMI)  DIVISION

In re: §
§
CABRERA, REINERIO Q § Case No. 14-31897 AJC
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2014 .  The undersigned trustee was appointed on 09/30/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $     3,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]            $     2,970.00

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  07/09/2015  and the deadline for filing governmental claims was  03/27/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 750.00 , for a total compensation of $ 750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.93 , for total expenses of $ 35.93 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2015              By:/s/JOEL L. TABAS, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-31897 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CABRERA, REINERIO Q | | | Date Filed (f) or Converted (c): | 09/30/14 (f) |
| | | | | 341(a) Meeting Date: | 11/05/14 |
| For Period Ending: | 11/13/15 | | | Claims Bar Date: | 07/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Mortgage and HOA "Current and Retained" Homestead Mortgage and HOA "Current and Retained" Debtor does not appear on Note therefore this property will not be listed on Schedule D Property Address: 12085 SW 18 St #4-45, Miami, Fl 33175 Purchased and on title since 06/27/2002 Valuation as per Zillow.com | 106,460.00 | 0.00 | | 0.00 | FA |
| 2. Cash Cash money Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45) Report of Sale, 11/12/15 (ECF 49) | 20.00 | 11.30 | | 11.30 | FA |
| 3. Financial Accounts Bank Of America Checking Account No.: 6290 | 141.73 | 0.00 | | 0.00 | FA |
| 4. Household Goods Furniture Description: 1 Recliner, 2 Televisions, 1 Dining Set, 1 Bed and Other Miscellaneous Furniture. Appliances Description: 1 Refrigerator, 1 Microwave, 1 Washer/Dryer and Other Miscellaneous Appliances. Debtor States Property Is Jointly Owned With Debtor's Non Filing Spouse. Debtor's Half Interest $220.00 Included in settlement with Asset #2 | 220.00 | 124.29 | | 124.29 | FA |
| 5. Books / Collectibles | 10.00 | 5.65 | | 5.65 | FA |

Case 14-31897-AJC    Doc 51    Filed 11/23/15    Page 4 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 14-31897 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | CABRERA, REINERIO Q | | | Date Filed (f) or Converted (c): | 09/30/14 (f) |
| | | | | 341(a) Meeting Date: | 11/05/14 |
| | | | | Claims Bar Date: | 07/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Decorations: Art Frames, Pottery Ornaments, Plants, Glass Vases, Books, Picture Frames, and other miscellaneous decorative items. Debtor states property is jointly owned with debtor's non filing spouse. Debtor's half interest $10.00<br><br>Included in settlement with Asset #2 | | | | | |
| 6. Wearing Apparel<br>Clothing<br><br>Included in settlement with Asset #2 | 50.00 | 28.25 | | 28.25 | FA |
| 7. Furs and Jewelry<br>Jewelry Description: 1 Watch.<br><br>Included in settlement with Asset #2 | 10.00 | 5.65 | | 5.65 | FA |
| 8. Vehicles<br>Debtor states he does not have any vehicle. Debtor states he drives a car that is under his wife's name. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Settlement of Fraudulent Transfer Claim (u) | 0.00 | 2,824.86 | | 2,824.86 | FA |
| TOTALS (Excluding Unknown Values) | $106,911.73 | $3,000.00 | | $3,000.00 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-31897    AJC    Judge: A. JAY CRISTOL | Trustee Name:    JOEL L. TABAS, TRUSTEE |
| Case Name: | CABRERA, REINERIO Q | Date Filed (f) or Converted (c):    09/30/14 (f) |
| | | 341(a) Meeting Date:    11/05/14 |
| | | Claims Bar Date:    07/09/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/01/15    Current Projected Date of Final Report (TFR): 11/01/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-31897 -AJC | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CABRERA, REINERIO Q | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0320  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0536 | | | |
| For Period Ending: | 11/13/15 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/15 | * NOTE * | REINERIO Q CABRERA<br>12085 SW 18 ST #4<br>MIAMI, FL  33175<br><br>ASSET 2<br>ASSET 4<br>ASSET 5<br>ASSET 6<br>ASSET 7<br>ASSET 9 | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>* NOTE *  Properties 2, 4, 5, 6, 7, 9<br>    Memo Amount:          11.30<br>    Memo Amount:         124.29<br>    Memo Amount:           5.65<br>    Memo Amount:          28.25<br>    Memo Amount:           5.65<br>    Memo Amount:         324.86 | <br><br><br><br>1129-000<br>1129-000<br>1129-000<br>1129-000<br>1129-000<br>1241-000 | 500.00 | | 500.00 |
| 04/08/15 | 9 | REINERIO Q CABRERA<br>12085 SW 18 ST #4<br>MIAMI, FL  33175<br>ASSET 9 | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>    Memo Amount:         500.00 | 1241-000 | 500.00 | | 1,000.00 |
| 04/08/15 | 9 | REINERIO Q CABRERA<br>12085 SW 18 ST #4<br>MIAMI, FL  33175<br>ASSET 9 | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>    Memo Amount:         500.00 | 1241-000 | 500.00 | | 1,500.00 |
| 04/08/15 | 9 | REINERIO Q CABRERA<br>12085 SW 18 ST #4<br>MIAMI, FL  33175<br>ASSET 9 | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>    Memo Amount:         500.00 | 1241-000 | 500.00 | | 2,000.00 |
| 04/08/15 | 9 | REINERIO Q CABRERA | Order Granting Trustee's Motion to | | 500.00 | | 2,500.00 |

Page Subtotals        2,500.00        0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-31897 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | CABRERA, REINERIO Q | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0320  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0536 | | |
| For Period Ending: | 11/13/15 | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 12085 SW 18 ST #4<br>MIAMI, FL  33175<br>ASSET 9 | Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>Memo Amount:        500.00 | 1241-000 | | | |
| 04/08/15 | 9 | REINERIO Q CABRERA<br>12085 SW 18 ST #4<br>MIAMI, FL  33175<br>ASSET 9 | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 04/29/15 (ECF 45)<br>Memo Amount:        500.00 | 1241-000 | 500.00 | | 3,000.00 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,985.00 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,970.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,000.00 | COLUMN TOTALS | | 3,000.00 | 30.00 | 2,970.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Memo Allocation Net: | 3,000.00 | Subtotal | | 3,000.00 | 30.00 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 3,000.00 | 30.00 | |
| Total Allocation Receipts: | 3,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******0320 | | 3,000.00 | 30.00 | 2,970.00 |
| Total Memo Allocation Net: | 3,000.00 | | | 3,000.00 | 30.00 | 2,970.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          500.00          30.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 14-31897 -AJC | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CABRERA, REINERIO Q | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******0320 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0536 | | | |
| For Period Ending: | 11/13/15 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 19.00

LFORM24

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 13, 2015 |

Case Number: 14-31897  
Debtor Name: CABRERA, REINERIO Q  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3110-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $236.62 | $0.00 | $236.62 |
| | Subtotal for Class Administrative | | | $236.62 | $0.00 | $236.62 |
| 000001<br>070<br>7100-00 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130 | Unsecured | (1-1) Account Number (last 4 digits):6703 | $7,852.37 | $0.00 | $7,852.37 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,746.86 | $0.00 | $5,746.86 |
| 000003<br>070<br>7100-00 | Cavalry Spv 1, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | (3-1) Account Number (last 4 digits):6122 | $146.68 | $0.00 | $146.68 |
| | Subtotal for Class Unsecured | | | $13,745.91 | $0.00 | $13,745.91 |
| | Case Totals: | | | $13,982.53 | $0.00 | $13,982.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-31897 AJC
Case Name: CABRERA, REINERIO Q
Trustee Name: JOEL L. TABAS, TRUSTEE

| | Balance on hand | $ | 2,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOEL L. TABAS, TRUSTEE | $ 750.00 | $ 0.00 | $ 750.00 |
| Trustee Expenses: JOEL L. TABAS, TRUSTEE | $ 35.93 | $ 0.00 | $ 35.93 |
| Attorney for Trustee Expenses: Joel L. Tabas, Esq. | $ 236.62 | $ 0.00 | $ 236.62 |

| | Total to be paid for chapter 7 administrative expenses | $ | 1,022.55 |
| | Remaining Balance | $ | 1,947.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,745.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Personal Loans | $ 7,852.37 | $ 0.00 | $ 1,112.48 |
| 000002 | American Express Centurion Bank | $ 5,746.86 | $ 0.00 | $ 814.19 |
| 000003 | Cavalry Spv 1, LLC | $ 146.68 | $ 0.00 | $ 20.78 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,947.45 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE